

**MEMO ENDORSED**

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-155<br>NEW YORK, NY 10007 | JOSEPH ZANGRILLI<br>*Senior Counsel*<br>Phone: (212) 356-2657<br>Fax: (212) 356-3509<br>jzangril@law.nyc.gov |
|---|---|---|

January 7, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Shamone Brown v. The City of New York, et al., 20-CV-2144 (ER)

Your Honor:

I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent the City of New York and the Warden of the Manhattan Detention Center in the above-referenced matter. In that capacity, I write to notify the Court that earlier this week the defendants learned that the Department of Correction investigation into the underlying allegation has been concluded. As a result, the defendants request that stay for this matter be lifted in accordance with Your Honor's Order dated September 30, 2020 (See Dkt. 22).

Defendants thank the Court for its time and consideration of the within request.

Respectfully submitted,

/s/

Joseph Zangrilli
Senior Counsel

---

The request to lift the stay in this case is GRANTED. The stay is hereby LIFTED. As of September 30, 2020, the date of the Court's Order staying the case, Defendants' deadline to respond to the Court's Valentin order was October 2, 2020. Defendants are therefore instructed to respond to the Court's Valentin order by no later than January 12, 2021. The Clerk of the Court is respectfully directed to lift the stay in this case and mail a copy of this order to Plaintiff. IT IS SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 1/8/2021
New York, New York

**BY FIRST-CLASS MAIL**
Shamone Brown
*Pro se plaintiff*
DIN: 20A0829
Mid-state Correctional Facility
9005 Old River Road
P.O. Box 2500
Marcy, New York 13403